# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GERMANI MARIE MADDEN (CANNADY), | Case No.: 2:21-cv-01836-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 1) |
| ANNA D. JUAREZ, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*, Docket No. 1, which is hereby **DENIED** as incomplete. First, Plaintiff fails to include any regular monthly expenses other than transportation. *Id.* at 2. Second, Plaintiff fails to state her relationship to each dependent and how much she contributes to each dependent's support. *Id.* Finally, Plaintiff lists child support as her debt or financial obligation but fails to describe the amounts owed and to whom they are payable. *Id*.

Accordingly, **IT IS ORDERED:**

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file an amended application to proceed *in forma pauperis*.
2. The Clerk of the Court shall send Plaintiff a blank application form for non-inmates.
3. Plaintiff must comply with this order no later than November 5, 2021. Failure to comply will result in a recommendation to the District Judge that this case be dismissed for failure to comply with this order.
4. The Court will retain Plaintiff's complaint but will not file it until the matter of the filing fee is resolved and, if necessary, the complaint has been screened.

IT IS SO ORDERED.

Dated: October 6, 2021.

_____
Nancy J. Koppe
United States Magistrate Judge