# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GERMANI MARIE MADDEN (CANNADY), | Case No. 2:21-cv-01836-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 5] |
| ANNA D. JUAREZ, et al., | |
| Defendant(s). | |

On October 6, 2021, the Court denied Plaintiff's application to proceed *in forma pauperis* and ordered that she file a completed application. Docket No. 3. Rather than file a renewed application with complete information, Plaintiff filed a notice attaching a child support payment record. Docket No. 5. The Court requires Plaintiff to furnish her information on the approved form, rather than providing documentation in piecemeal fashion. Accordingly, the Court **ORDERS** Plaintiff to either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or <u>file an amended application to proceed *in forma pauperis* on the approved form</u>. Payment must be made or an amended application must be filed by January 7, 2022. Failure to comply with this order will result in a recommendation that the case be dismissed.

The Court further **INSTRUCTS** the Clerk's Office to send Plaintiff a blank *in forma pauperis* application form for non-inmates.

IT IS SO ORDERED.

Dated: December 10, 2021

_____
Nancy J. Koppe
United States Magistrate Judge