UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Germani Marie Madden (Cannady),<br><br>    Plaintiff<br><br>v.<br><br>Anna D. Juarez, et al.,<br><br>    Defendants | Case No.: 2:21-cv-01836-JAD-NJK<br><br>**Order Adopting Report and Recommendation and Dismissing Action**<br><br>[ECF No. 8] |

On December 10, 2021, the magistrate judge ordered Plaintiff Germani Marie Madden to show cause by January 7, 2022, why this case should not be dismissed for lack of subject-matter jurisdiction.[1] Madden filed nothing, so the magistrate judge recommends that this case be dismissed without prejudice to its refiling in state court.[2] The deadline for Madden to object to that recommendation was February 3, 2022, and she filed no objection and did not ask to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 8] is ADOPTED** in its entirety. **This case is DISMISSED** for want of

---

[1] ECF No. 7.

[2] ECF No. 8.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

subject-matter jurisdiction and without prejudice to its refiling in state court. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 9, 2022